FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 19 P 12: 17

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CLEMENT, J.
May 18, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN GOULD, JR. | CIVIL ACTION |
| VERSUS | NO. 00-304 |
| M/V GOLDEN DESTINY, ET AL | SECTION "N" |

Service has not been made upon the following defendant(s):

**M/V GOLDEN DESTINY, FREEDOM NAVIGATION, INC., UNIVERSE MARITIME, LTD.**

Fed. R. Civ. P. 4(m) provides:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly, unless service is made on the named defendants within 120 days of the filing of the complaint or unless within that time you show good cause **in writing** for having failed to do so, plaintiff's claims against the named defendants will be dismissed without further notice.

DATE OF ENTRY
MAY 1 9 2000

_____
UNITED STATES DISTRICT JUDGE