UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA May 26  12 58 PM '00

MARTIN GOULD, JR.                              CASE NUMBER: 00-0304 TE

VERSUS                                         SECTION: "N"

THE M/V GOLDEN DESTINY                         MAGISTRATE: (2)
its tackle, appurtenances
IN REM, FREEDOM NAVIGATION, INC.
and UNIVERSE MARITIME, LTD.

FILED:_____        _____
                                                DEPUTY CLERK

EXPARTE MOTION FOR ENLARGEMENT OF TIME
UNDER  FRCP 4(m)


NOW INTO COURT, through undersigned counsel, comes PLAINTIFF who requests an

enlargement of time for filing proof of service in the captioned matter, to wit:


I.

PLAINTIFF mailed  Notice of Lawsuit and Request for Waiver of Service of Summons

Forms; Waiver of Summons forms; and,  copies of the Complaint filed in the captioned matter to

Defendants FREEDOM NAVIGATION, INC., M/V GOLDEN DESTINY and UNIVERSE

MARITIME, LTD., at their domiciles in Athens, Greece via Registered Mail, Return Receipt Request

on February 4, 2000.

II.

On February 3, 2000, a courtesy copy of the Complaint filed in the captioned matter was

mailed to Robert B. Fisher, CHAFFE, MCCALL, 2300 Energy Centre, New Orleans, LA 70808.

III.

PLAINTIFF received from the U. S. Postal Service, Return Receipt Cards, showing the

Registered letters mailed to FREEDOM NAVIGATION, INC., M/V GOLDEN DESTINY and

UNIVERSE MARITIME, LTD., were received and signed for in Athens, Greece on February 16,

2000.

DATE OF ENTRY
MAY 3 1 2000

IV.

On March 3, 2000, counsel for PLAINTIFF received a letter from Robert Fisher, acknowledging receipt of the courtesy copy of the complaint, noted he was waiting on confirmation from his clients regarding service, and stated he was preparing responsive pleadings, which would be filed in the near future.

V.

Counsel for PLAINTIFF again wrote Mr. Fisher on April 25, 2000, requesting that responsive pleadings be filed. Counsel for PLAINTIFF informed Mr. Fisher that he had evidence received from the U. S. Post Office that all DEFENDANTS had received a copy of the Complaint along with the Waiver of Summons forms.

VI.

PLAINTIFF received Minute Entry from the Court dated May 19, 2000 informing him that the case would be dismissed if service was not confected within the 120 days required by FRCP 4(m).

VII.

Counsel for PLAINTIFF spoke with Mr. Fisher on May 23, 2000, again requesting that responsive pleading be filed in this matter. Counsel for PLAINTIFF was assured by Mr. Fisher that responsive pleadings would be filed no later than May 26, 2000.

VIII.

To date, Counsel for PLAINTIFF has not received responsive pleadings from Mr. Fisher, nor after checking with the Court, have responsive pleadings been filed of record in the captioned matter.

**WHEREFORE, PLAINTIFF** asks this Honorable Court for an enlargement of time to file proof of service in the captioned matter and to allow an extension of time to pursue service through the Hague Convention on the DEFENDANTS, if necessary.

Respectfully submitted,

**LANDRY & LAVELLE, L.L.P.**

BY: _____

**PAUL M. LAVELLE  (8134)**
639 Loyola Ave., 25th Floor
New Orleans, LA 70113-7103
Telephone:  (504) 524-0520

**AND**

**GUSTE, BARNETT & SHUSHAN**

**ROBERT A. BARNETT(2778)**
639 Loyola Ave., 25th Floor
New Orleans, LA 70113-7103
Telephone: (504) 529-4141

Attorneys for PLAINTIFF, Martin Gould, Jr.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a copy of the foregoing has been mailed to all counsel of record by depositing same in the U. S. Mail, postage pre-paid, and properly addressed, this _____ day of _____, 2000.

_____
**PAUL M. LAVELLE**

PML.FILES\GOULD.M\EXT.MOT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**MARTIN GOULD, JR.**                           **CASE NUMBER: 00-0304**

**VERSUS**                                      **SECTION: "N"**

**THE M/V GOLDEN DESTINY**                      **MAGISTRATE: (2)**
its tackle, appurtenances
**IN REM, FREEDOM NAVIGATION, INC.**
**and UNIVERSE MARITIME, LTD.**

**FILED:** _____   _____
                                             **DEPUTY CLERK**

## O R D E R

CONSIDERING THE FOREGOING EXPARTE MOTION,

**IT IS ORDERED**, that PLAINTIFF, be allowed an additional One Hundred and Twenty

days (120) days from the signing of this Order within which to pursue service through the Hague

Convention on DEFENDANTS, if necessary, and to file proof of service in the captioned matter.

New Orleans, Louisiana, this ____30____ day of ____May____, 2000.

_____
**UNITED STATES DISTRICT JUDGE**