```
                                              FILED
                                          U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2000 NOV -9  PM 4:04

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARTIN GOULD, JR.                                         CIVIL ACTION

VERSUS                                                    NO. 00-304

M/V GOLDEN DESTINY ET AL.                                 SECTION "N" (2)

      **IT IS ORDERED** that a **Settlement Conference** is set in this case on **February 15, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

      <u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **February 14, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

      New Orleans, Louisiana, this _____ day of November, 2000.

                                                  JOSEPH C. WILKINSON, JR.
cc: HON. EDITH BROWN CLEMENT        UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 13 2000