UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARTIN GOULD, JR.** | CASE NUMBER: 00-0304 |
| **VERSUS** | SECTION: "N" |
| **THE M/V GOLDEN DESTINY**<br>its tackle, appurtenances<br>**IN REM, FREEDOM NAVIGATION, INC.**<br>**and UNIVERSE MARITIME, LTD.** | MAGISTRATE: (2) |
| FILED:_____ | _____<br>DEPUTY CLERK |

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2001 JAN -2 AM 1:44
LORETTA G. WHYTE
CLERK

### WITNESS LIST ON BEHALF OF PLAINTIFF

**NOW INTO COURT**, through undersigned counsel, comes PLAINTIFF who pursuant to the Court's Pre-Trial Order submits the following May Call Witness List, to wit:

(1) Martin William Gould, Plaintiff
   Testimony regarding the facts and circumstances of the accident in suit;

(2) Captain of the M/V Golden Destiny
   Testimony regarding the facts and circumstances of the accident in suit;

(3) Allen [Last name unknown], Agent for Maritime Endeavors;

(4) Mate aboard the M/V Golden Destiny;

(5) Ted or Walt Davisson, Riverboat Pilot
   Testimony regarding taking over for Plaintiff;

(6) Kurt Prinz, Bookeeper
   Information as to lost wages and pay rates;

(7) Barry Sass, Dispatcher;

(8) Clifford Clayton, Mississippi River Pilot
   Expert testimony regarding river navigation;

(9) Dr. James Joseph Marr, Lakeview Regional Medical Center
   Testimony regarding the emergency room treatment given to plaintiff following the accident in suit;

(10) Representative of Data Radiology Services
   Testimony regarding services rendered and expenses incurred as a result of the accident;

Fee_____
Process_____
X Dktd_____
_CtRmDep_____
_Doc.No._____

(11) Dr. Walter H. Brent
Testimony regarding treatment and examination, surgery and recovery from the injuries sustained in this accident;

(12) Representative of Pontchartrain Emergency
Testimony regarding treatment, examination and expenses incurred as a result of the injuries sustained in this accident;

(13) Representative of St. Tammany Parish Hospital
Testimony regarding examination, treatment and expenses incurred as a result of the injuries sustained in this accident;

(14) John A. Evans, P.T. Rehab Partners
Testimony regarding treatment, examination, physical therapy received and expenses incurred as a result of the injuries sustained in this accident;

(15) Any witness listed by any other party to this litigation.

**PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT THIS WITNESS LIST AS ADDITIONAL INFORMATION IS OBTAINED AND UPON RECEIPT OF DEFENDANTS RESPONSES TO PLAINTIFF'S OUTSTANDING DISCOVERY REQUESTS.**

Respectfully submitted,
LANDRY & LAVELLE, L.L.P.

BY: _____
PAUL M. LAVELLE (8134)
639 Loyola Ave., 25th Floor
New Orleans, LA 70113-7103
Telephone: (504) 524-0520

AND

GUSTE, BARNETT & SHUSHAN

ROBERT A. BARNETT (2778)
639 Loyola Ave., 25th Floor
New Orleans, LA 70113-7103
Telephone: (504) 529-4141
Attorneys for PLAINTIFF, Martin Gould, Jr.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing has been mailed to all counsel of record by depositing same in the U. S. Mail, postage pre-paid, and properly addressed, this 2nd day of January, 2001.

_____
PAUL M. LAVELLE

PML.FILES\GOULD.M\WITNESS.LST