UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN GOULD, JR. | CASE NUMBER: 00-0304 |
| VERSUS | SECTION: "N" |
| THE M/V GOLDEN DESTINY<br>its tackle, appurtenances<br>IN REM, FREEDOM NAVIGATION, INC.<br>and UNIVERSE MARITIME, LTD. | MAGISTRATE: (2) |
| FILED:_____ | _____<br>DEPUTY CLERK |

### EXHIBIT LIST ON BEHALF OF PLAINTIFF

**NOW INTO COURT,** through undersigned counsel, comes PLAINTIFF who pursuant to the Court's Pre-Trial Order submits the following Exhibit List, to wit:

(1) Document entitled "Vessel Particulars;

(2) Deck Log Extract dated February 4, 1999;

(3) Deck Log Extract dated February 5, 1999;

(4) Deck Log Extract dated February 6, 1999 [two (2) pages];

(5) Earnings and pay records;

(6) Dispatch records;

(7) Records maintained by Maritime Endeavors;

(8) Blueprint/schematic of the M/V Golden Destiny;

(9) Accident/Incident report;

(10) General arrangement of the M/V Golden Destiny;

(11) All depositions taken in connection with the case involved in suit;

(12) All pleadings filed of records and transmitted by and between counsel of record in connection with the case involved in suit;

(13) All medical records, reports, bills, diagnostic studies, surgical reports, x-rays and reports physical therapy charts, progress reports and bills regarding same pertaining to the treatment and examination of Plaintiff for injuries involved in suit;

(14) All exhibits listed by any other party to this litigation.



**PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT THIS EXHIBIT LIST AS ADDITIONAL INFORMATION IS OBTAINED AND UPON RECEIPT OF DEFENDANTS RESPONSES TO PLAINTIFF'S OUTSTANDING DISCOVERY REQUESTS.**

          Respectfully submitted,
          LANDRY & LAVELLE, L.L.P.

BY: _____
          **PAUL M. LAVELLE (8134)**
          639 Loyola Ave., 25th Floor
          New Orleans, LA 70113-7103
          Telephone: (504) 524-0520

          AND

          **GUSTE, BARNETT & SHUSHAN**

          **ROBERT A. BARNETT (2778)**
          639 Loyola Ave., 25th Floor
          New Orleans, LA 70113-7103
          Telephone: (504) 529-4141

Attorneys for PLAINTIFF, Martin Gould, Jr.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a copy of the foregoing has been mailed to all counsel of record by depositing same in the U. S. Mail, postage pre-paid, and properly addressed, this 2nd day of January, 2001.

_____
**PAUL M. LAVELLE**

PML FILES\GOULD M\EXHIBIT.LST