

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -5 PM 4: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0304 |
| | * | |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * * * * | SECTION "N" (Judge Edith Brown Clement) MAGISTRATE (2) (Mag. Judge Joseph Wilkinson, Jr.) |

### WITNESS LIST

NOW INTO COURT, through undersigned counsel, come defendants Freedom Navigation, Inc. and Universe Maritime, Ltd., who file a list of witnesses that may be called at the trial of this cause:

1. Captain Konstantinos Adekakis – Fact Witness

2. Captain M. Margetis – Fact Witness

3. Captain P. Katsoulis – Fact Witness

4. Martin W. Gould, Jr. – Facts, on cross examination

491924_1

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep__
Doc.No._____

5. Romeo Golveo – Fact Witness

6. Leonte Florin – Fact Witness

7. Romelito Parenas – Fact Witness

8. Pepito Molina – Fact Witness

9. Mr. Rik Van Hemmen – Naval Architect, Expert Witness

10. Ben Haveman – Marine Engineer & Surveyor, Expert Witness

11. Brian Jones – Marine Surveyor, Expert Witness

12. Glyn Miller, CPA – Accountant, Expert Witness

13. A licensed Mississippi River Pilot – Expert Witness

14. A licensed ship's deck officer – Expert Witness

15. A representative of the vessel's local agents, Maritime Endeavors Shipping Co.

16. Any witness listed or called by any other party.

Defendants reserve the right to supplement or amend this Witness List, as additional information becomes available, since discovery is incomplete.

Respectfully submitted,

Robert B. Fisher, Jr. #5587
Thomas D. Forbes #5682
-OF-
**CHAFFE, McCALL, PHILLIPS,
 TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Freedom Navigation, Inc.
and Universe Maritime, Ltd.**

491924_1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5TH day of January, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, telecopy transmission, or by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

491924_1

-3-