FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -5 PM 4:37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0304 |
| | * | |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * * * * | SECTION "N" (Judge Edith Brown Clement) MAGISTRATE (2) (Mag. Judge Joseph Wilkinson, Jr.) |

**EXHIBIT LIST OF FREEDOM NAVIGATION, INC.
AND UNIVERSE MARITIME, LTD.**

NOW INTO COURT, through undersigned counsel, come defendants Freedom Navigation, Inc. and Universe Maritime, Ltd., who submit this list of exhibits which defendants may use or introduce at the trial of this cause:

1. Vessel Particulars

2. Deck log, for the dates of February 4, 5 and 6, 1999



491926_1

3. Crew list

4. General Arrangement and/or other plans of the M/T GOLDEN DESTINY

5. Drawings by Naval Architect Rik Van Hemmen showing pipe details, main deck, port side and accommodation area, showing the route allegedly taken by plaintiff

6. Photographs of the M/T GOLDEN DESTINY

7. Depositions of any witnesses who may not be available for trial

8. Deposition Exhibits

9. Any exhibit listed or used by any other party

Defendants reserve the right to supplement or amend this Exhibit List, as additional information and documentation is obtained, since discovery is incomplete.

Respectfully submitted,

_____
Robert B. Fisher, Jr. #5587
Thomas D. Forbes #5682
-OF-
**CHAFFE, McCALL, PHILLIPS,
  TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
**Attorneys for Freedom Navigation, Inc.
and Universe Maritime, Ltd.**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of January, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand delivery, telecopy transmission, or by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

491926_1

-2-