UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JAN 19 PM 12:55
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| MARTIN GOULD, JR. | CASE NUMBER: 00-0304 |
| VERSUS | SECTION: "N" |
| THE M/V GOLDEN DESTINY<br>its tackle, appurtenances<br>IN REM, FREEDOM NAVIGATION, INC.<br>and UNIVERSE MARITIME, LTD. | MAGISTRATE: (2) |

FILED:_____     _____
                                     DEPUTY CLERK

### AMENDED WITNESS LIST ON BEHALF OF PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes PLAINTIFF who amends and substitutes may call witness No. 8 on the Witness List previously filed on January 2, 2001, as follows:

(8)   Captain Ed Daniels, Mississippi River Pilot
      Expert testimony regarding piloting procedures.

**PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT THIS WITNESS LIST AS ADDITIONAL INFORMATION IS OBTAINED.**

Respectfully submitted,
LANDRY & LAVELLE, L.L.P.
BY: _____
PAUL M. LAVELLE (8134)
639 Loyola Ave., 25th Floor
New Orleans, LA 70113-7103
Telephone: (504) 524-0520
AND
GUSTE, BARNETT & SHUSHAN
ROBERT A. BARNETT (2778)
639 Loyola Ave., 25th Floor
New Orleans, LA 70113-7103
Telephone: (504) 529-4141
Attorneys for PLAINTIFF, Martin Gould, Jr.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing has been mailed to all counsel of record by depositing same in the U. S. Mail, postage pre-paid, and properly addressed, this 18th day of January, 2001.

_____
PAUL M. LAVELLE

____ Fee_____
____ Process___
_X_ Dktd_____
____ CtRmDep__
Doc.No. 14