FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 19 PM 3:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0304 |
| | * | |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * * * * | SECTION "N" (Judge Edith Brown Clement) MAGISTRATE (2) (Mag. Judge Joseph Wilkinson, Jr.) |

**AMENDED WITNESS LIST**

NOW INTO COURT, through undersigned counsel, come defendants Freedom Navigation, Inc. and Universe Maritime, Ltd., who hereby amend their list of witnesses that may be called at the trial of this cause, as follows:

16. Captain Mitchell S. Stoller—Expert pilot of ocean-going vessels & master mariner on tankers, on the subject of pilotage, vessel operations and safety issues.

\_\_\_ Fee
\_\_\_ Process
_X_ Dktd
\_\_\_ CtRmDep
Doc.No. _15_

493700_1

17.   Any witness listed or called by any other party.

                                    Respectfully submitted,

                                    _____
                                    Robert B. Fisher, Jr. #5587
                                    Thomas D. Forbes #5682
                                    -OF-
                                    **CHAFFE, McCALL, PHILLIPS,**
                                     **TOLER & SARPY, L.L.P.**
                                    2300 Energy Centre
                                    1100 Poydras Street
                                    New Orleans, LA  70163-2300
                                    Telephone:  (504) 585-7000
                                    **Attorneys for Freedom Navigation, Inc.**
                                    **and Universe Maritime, Ltd.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ____15th____ day of __January__, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, telecopy transmission, or by mailing the same by United States mail, properly addressed and first class postage prepaid.

                                    _____

493700_1