U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -8 PM 12: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN BOULD, JR. | CIVIL ACTION |
| VERSUS | NO. 00-304 |
| M/V GOLDEN DESTINY, ETC. | SECTION "N" |

### ORDER

IT IS ORDERED that the **Pre-Trial Order** for the final Pre-Trial Conference scheduled March 1, at 10:10 a.m. **is due in Judge Clement's chambers by 4:00 pm, Friday, February 23, 2001.** The parties will sign the order at the Pre-Trial Conference.

New Orleans, Louisiana, February 7, 2001.

_____
EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB   8 2001