FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 15 PM 12: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0304 |
| | * | |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * * * * | SECTION "N" (Judge Edith Brown Clement) MAGISTRATE (2) (Mag. Judge Joseph Wilkinson, Jr.) |

**MOTION AND INCORPORATED MEMORANDUM**
<u>**REQUESTING LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**</u>

MAY IT PLEASE THE COURT:

Defendants Freedom Navigation, Inc. and Universe Maritime, Ltd., respectfully request this Honorable Court to permit them to file their Motion for Summary Judgment, and states that in support of its Motion that the testimony of Captain Konstadinos Adedakis, master of the M/V GOLDEN DESTINY, was necessary for the presentation of defendants' summary judgment motion, had not been available for deposition because he had been at sea sailing as an ocean-going master, and outside this geographical area. It was not until February 8, when Captain Adedakis' present ship, the ARCADIA, called in the Mississippi River, that it was possible to

497053_1

DATE OF ENTRY
FEB 2 3 2001

take his deposition. A transcript was obtained immediately thereafter and this motion prepared, which defendants believe should be dispositive of liability issues, thus eliminating any need for a trial, which is presently set for March 12, 2001.

Under the circumstances, defendants submit that it would be in the interest of justice for the Court to permit it to file this Motion for Summary Judgment, which was unavoidably delayed by the absence at sea of the master of the GOLDEN DESTINY.

Respectfully submitted,

Robert B. Fisher, Jr. #5587
Thomas D. Forbes #5682
-OF-
**CHAFFE, McCALL, PHILLIPS,
 TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Freedom Navigation, Inc. and Universe Maritime, Ltd.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of February, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, telecopy transmission, or by mailing the same by United States mail, properly addressed and first class postage prepaid.

497053_1

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0304 |
| | * | |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * * * * | SECTION " N " (Judge Edith Brown Clement) MAGISTRATE ( 2 ) (Mag. Judge Joseph Wilkinson) |

## ORDER

Having considered defendants' Motion for Leave to submit Motion for Summary Judgment, the Motion is granted and defendants are permitted to file their Motion for Summary Judgment on liability issues. Any opposition is due on March 5, 2001, and the Motion is set for hearing on March 7, 2001 on the briefs.

NEW ORLEANS, LOUISIANA, this 2-2-day February, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

497053_1