

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 21  AM 10: 25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0304 |
| | * | |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * * * * | SECTION "N" (Judge Edith Brown Clement) MAGISTRATE (2) (Mag. Judge Joseph Wilkinson, Jr.) |

**MOTION AND INCORPORATED MEMORANDUM
SEEKING LEAVE OF COURT TO FILE RESPONSE TO PLAINTIFF'S
"MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO
FILE MOTION FOR SUMMARY JUDGMENT"**

NOW INTO COURT, through undersigned counsel, come Defendants Freedom Navigation, Inc. and Universe Maritime, Ltd., who file this motion seeking leave of court to submit a reply memorandum in response to Plaintiff's "Memorandum in Opposition to Defendants' Leave to File Motion for Summary Judgment." Defendants show the Court that because Plaintiff filed an opposition to defendants' motion seeking leave of court to file a motion for summary judgment, and this opposition contains several inaccuracies and misrepresentations, Defendants respectfully request an opportunity to file a brief reply memorandum in response to Plaintiff's opposition, in order to provide the Court with some additional insight into why

497766_1

DATE OF ENTRY
FEB 23 2001



Defendants' motion for summary judgment could not have earlier been filed, since the master of the GOLDEN DESTINY, who has been sailing on another vessel since the accident occurred, has not been easily accessible for a deposition until recently.

Respectfully submitted,

_____
Robert B. Fisher, Jr. #5587
Thomas D. Forbes #5682
-OF-
**CHAFFE, McCALL, PHILLIPS,
 TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Freedom Navigation, Inc. and
 Universe Maritime, Ltd.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _21st_ day of _February_, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, telecopy transmission, or by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0304 |
| | * | |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * * * | SECTION " N " (Judge Edith Brown Clement) |
| | * | MAGISTRATE ( 2 ) |
| | * | (Mag. Judge Joseph Wilkinson) |

## O R D E R

Having considered defendants' Motion Seeking Leave of Court to File Response to Plaintiff's "Memorandum in Opposition to Defendants' Motion for Leave to File Motion for Summary Judgment,"

IT IS ORDERED that defendants' Motion Seeking Leave of Court to File Response to Plaintiff's "Memorandum in Opposition to Defendants' Motion for Leave to File Motion for Summary Judgment," is GRANTED and defendants are permitted to file their file Response to Plaintiff's Memorandum in Opposition.

497766_1

NEW ORLEANS, LOUISIANA, this 22 day February, 2001.

_____
UNITED STATES DISTRICT JUDGE

291085

-2-