```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2001 FEB 23  PM 4:44
              FEB 23 2001
                   LORETTA G. WHYTE
                        CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | NO. 00-0304 |
| | ) | |
| THE M/V GOLDEN DESTINY, its tackle, | ) | SECTION "N" |
| appurtenances *IN REM*, FREEDOM | ) | (Judge Edith Brown Clement) |
| NAVIGATION, INC. and UNIVERSE | ) | |
| MARITIME, LTD. | ) | MAGISTRATE (2) |
| | ) | (Mag. Judge Joseph Wilkinson, Jr.) |

**UNOPPOSED MOTION TO CONTINUE PRE-TRIAL
CONFERENCE AND TRIAL WITH INCORPORATED MEMORANDUM**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Martin Gould, Jr., and suggests to the Court that discovery in this lawsuit is not complete, and further that defendants have retained an expert economist, and that plaintiff wishes also to retain an expert economist. A Pre-Trial Conference is presently set in this matter for March 1, 2001, and the trial is scheduled for March 12, 2001.

WHEREFORE, plaintiff requests the Court to grant a continuance of both the Pre-Trial Conference scheduled for March 1, 2001, and the trial set for March 12, 2001. Plaintiff has contacted defendants about this request for a continuance and they concur that a continuance is warranted and necessary. *Plaintiff is aware of this motion and has been provided with a copy.*

Respectfully submitted,

LANDRY & LAVELLE, L.L.P.

BY: _____
PAUL M. LAVELLE (8134)
JOSEPH B. LANDRY (7985)
JAMES M. BENSON (23647)
639 Loyola Ave., 25th Floor
New Orleans, LA 70113-7103
Telephone: (504) 524-0520

---

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each, properly addressed and postage prepaid, on this 23 day of Feb, 2001.

_____
JAMES M. BENSON

---

DATE OF ENTRY

MAR 0 5 2001

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | NO. 00-0304 |
| | ) | |
| THE M/V GOLDEN DESTINY, its tackle, | ) | SECTION "N" |
| appurtenances *IN REM*, FREEDOM | ) | (Judge Edith Brown Clement) |
| NAVIGATION, INC. and UNIVERSE | ) | |
| MARITIME, LTD. | ) | MAGISTRATE (2) |
| | ) | (Mag. Judge Joseph Wilkinson, Jr.) |

**ORDER**

IT IS ORDERED that the Pre-Trial Conference in this matter, presently scheduled for March 1, 2001, and the trial scheduled for March 12, 2001, be continued as follows:

The Pre-Trial Conference is continued to the ____ day of _____, 2001, at ____ o'clock a.m.

Trial has been continued to the ____ day of _____, 2001, at ____ o'clock a.m.

New Orleans, Louisiana, this _1_ day of _March_, 2001.

_____
EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE

TELEPHONE CONFERENCE WITH THE COURTROOM DEPUTY TO PICK NEW DATES WILL BE HELD ON _March 27, 2001_ AT _11:00 A.M._