

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -9  PM 4:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0304 |
| | * | |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * * * * | SECTION "N" (Judge Edith Brown Clement) MAGISTRATE (2) (Mag. Judge Joseph Wilkinson, Jr.) |

### MOTION WITH INCORPORATED MEMORANDUM SEEKING LEAVE OF COURT TO FILE A "REPLY MEMORANDUM" TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT"

MAY IT PLEASE THE COURT:

Defendants, Freedom Navigation, Inc. and Universe Maritime, Ltd., respectfully request leave of court to file a "Reply Memorandum" to plaintiff's opposition to defendants' Motion for Summary Judgment, for the reason that defendants believe that plaintiff's opposition contains certain inaccuracies and misstatements, especially with respect to the "undisputed material facts", and therefore, defendants wish to file a short "reply memorandum", which we believe will be of assistance to the Court in deciding the motion under submission.

499859_1

-1-

DATE OF ENTRY
MAR 1 3 2001

Respectfully submitted,

[signature]

Robert B. Fisher, Jr. #5587
Thomas D. Forbes #5682
-OF-
**CHAFFE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Freedom Navigation, Inc. and
Universe Maritime, Ltd.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of _____, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, telecopy transmission, or by mailing the same by United States mail, properly addressed and first class postage prepaid.

[signature]

499859_1

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN GOULD, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0304 |
| | * | |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * * * * | SECTION "N" (Judge Edith Brown Clement) MAGISTRATE (2) (Mag. Judge Joseph Wilkinson, Jr.) |

## ORDER

IT IS ORDERED that defendants, Freedom Navigation, Inc. and Universe Maritime, Ltd. may file their "Reply Memorandum" to plaintiff's "Opposition to Defendants' Motion for Summary Judgment."

NEW ORLEANS, LOUISIANA, this 7 day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

499859_1

-3-