

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN GOULD, JR. | CIVIL ACTION |
| VERSUS | NO. 00-304 |
| M/V GOLDEN DESTINY ET AL. | SECTION "N" (2) |

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **September 20, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

<u>If counsel wish to supplement their respective confidential settlement position letters, without repeating what they have previously written, they may do so on or before **September 19, 2001**</u>.

New Orleans, Louisiana, this _16th_ day of May, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. EDITH BROWN CLEMENT

DATE OF ENTRY
MAY 17 2001