FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 19 PM 4:12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARTIN GOULD, JR. — CIVIL ACTION

VERSUS — NO. 00-304

M/V GOLDEN DESTINY, ET AL — SECTION "N"

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, September 19, 2001.

EDITH BROWN CLEMENT
CHIEF JUDGE

DATE OF ENTRY
SEP 20 2001

___Fee
___Process
X Dktd
___CtRmDep
Doc.No. 34