FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 23 PM 4:02

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN GOULD, JR. | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 00-0304 |
| | * |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * SECTION "N" |
| | * |
| | * MAGISTRATE (2) |
| | * |

## JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiff Martin Gould, Jr., and defendants Freedom Navigation, Inc. and Universe Maritime, Ltd. suggesting to the Court that the above numbered and titled cause has been fully settled and satisfied as of compromise as between the parties with the following agreement:

1. The above numbered and titled cause shall be dismissed in its entirety, with prejudice, as of compromise;

2. The dismissal shall include all of plaintiff's claims against the M/T GOLDEN DESTINY, *in rem*, and all of his claims against Freedom Navigation, Inc. and Universe Maritime, Ltd., *in personam*, all as more fully set out in a Receipt, Release and Indemnity Agreement to be executed by the parties;

3. The parties acknowledge that the settlement is fair and reasonable; and

526922_1

DATE OF ENTRY
OCT 26 2001

4.  Each party shall bear its own costs.

> Respectfully submitted,
>
> **LANDRY & LAVELLE, L.L.P.**
>
> BY: _____
> Paul M. Lavelle (#8134)
> 639 Loyola Avenue, 25th Fl.
> New Orleans, LA 70113-7103
> Telephone: 504-524-0520
>
> and
>
> **GUSTE, BARNETT & SHUSHAN**
>
> BY: _____
> Robert A. Barnett (#2778)
> 639 Loyola Avenue, 25th Fl.
> New Orleans, LA 70113-4141
> Telephone: (504) 529-4141
> **Attorneys for plaintiff, Martin Gould, Jr.**
>
>
> **CHAFFE, MCCALL PHILLIPS, TOLER & SARPY, L.L.P.**
>
> BY: _____
> Robert B. Fisher, Jr. (#5587)
> 2300 Energy Centre
> 1100 Poydras Street
> New Orleans, LA 70163-2300
> Telephone: (504) 585-7000
> **Attorneys for defendants, Freedom Navigation, Inc., Universe Maritime, Ltd., and the M/T GOLDEN DESTINY**

526922_1                          2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN GOULD, JR. | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 00-0304 |
| | * |
| THE M/V GOLDEN DESTINY its tackle, appurtenances *IN REM*, FREEDOM NAVIGATION, INC. and UNIVERSE MARITIME, LTD. | * SECTION "N" |
| | * |
| | * MAGISTRATE (2) |
| | * |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion of all parties:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above styled and captioned action be and the same is hereby dismissed with prejudice as of compromise, including all claims against the M/T GOLDEN DESTINY, *in rem*, and all claims against defendants Freedom Navigation, Inc. and Universe Maritime, Ltd., *in personam,* with each party to bear its own costs.

New Orleans, Louisiana, this 25 day of October, 2001.

_____
UNITED STATES DISTRICT JUDGE